App. Div.]        First Department, December, 1916.

THOMAS REANEY, Respondent, v. KATHERINE C. A. FAY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

JULES NEHRING, Appellant, v. ADIRONDACK WOOD PRODUCTS CORPORATION, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

BROADWAY BUILDING COMPANY, Respondent, v. THE EDWARD W. MARTIN COMPANY, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements.    No opinion.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

HENRY L. LINDHOLM, Respondent, v. MASSILLON RUBBER COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

AGOSTINO ASERO v. HENRY STEERS.— Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

TILLIE ADLER v. THOMASHEFSKY THEATRE COMPANY.— Motion granted, unless appellant complies with terms of order.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

SUSAN T. ADAMS v. SAMUEL C. ADAMS.— Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

KIOWA REALTY COMPANY v. MARTIN M. MOLENAOR.— Motion granted, unless appellant complies with terms of order.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

WILLIAM W. HOOLEY v. MASON-SEAMAN TRANSPORTATION COMPANY. — Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

PATRICK R. KINNEY v. MASON-SEAMAN TRANSPORTATION COMPANY. — Motion granted, with ten dollars costs.    Present —Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM J. DELAMATER — Motion granted.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. RINGLAND F. KILPATRICK.— Motion granted.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

SAMUEL A. ISRAEL v. JENNIE STERN.— Motion granted, with ten dollars costs.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of BRONX PARKWAY COMMISSION.— Motion granted unless appellant complies with terms of order.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

DOROTHY DALE v. MIRROR FILMS, INC.— Application granted. Order signed.    Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.